1  SEAN P. NALTY (SBN 121253)
   WILSON, ELSER, MOSKOWITZ,
2     EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
3  San Francisco, CA 94105
   Telephone:   (415) 433-0990
4  Facsimile:   (415) 434-1370

5  Attorney for Defendants
   LIFE INSURANCE COMPANY OF NORTH AMERICA
6  AND LONG TERM DISABILITY PLAN FOR EMPLOYEES
   OF EXCITE, INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  (OAKLAND DIVISION)

11

12 | JOHN DOE,                              ) Case No.: 4:09- cv- 01665 WDB
                                            )
13 |        Plaintiff,                      ) **STIPULATION TO EXTEND TIME TO**
                                            ) **ANSWER OR OTHERWISE RESPOND**
14 |    v.                                  ) **TO PLAINTIFF'S COMPLAINT AND**
                                            ) **WITHDRAWAL OF PLAINTIFF'S**
15 | LIFE INSURANCE COMPANY OF NORTH        ) **MOTION FOR ENTRY OF DEFAULT;**
   | AMERICA and LONG TERM DISABILITY       ) [PROPOSED] **ORDER**
16 | PLAN FOR EMPLOYEES OF EXCITE, INC.     )
                                            ) **[Local Rule 6-1]**
17 |        Defendants.                     )
                                            ) Location:   Oakland
18 |                                        ) Magistrate Judge Wayne D. Brazil
                                            )

19

20       **IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-1, by and between plaintiff John

21 Doe ("plaintiff") and defendants Life Insurance Company of North America and Long Term

22 Disability Plan for Employees of Excite, Inc. (hereinafter referred to as "defendants) through their

23 attorney of record, as follows:

24       1.   On or about April 15, 2009, plaintiff filed a Complaint against defendants in the

25 above-captioned action;

26                                          1
   ─────────────────────────────────────────────────────────────
27       **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO
       PLAINTIFF'S COMPLAINT AND WITHDRAWAL OF PLAINTIFF'S MOTION FOR ENTRY OF
28                            DEFAULT; [PROPOSED] ORDER**
   USDC NDCA Case #CV09-01665 WDB
   443195.1

1      2.    Plaintiff filed a Motion for Entry of Default against the defendants on May 14, 2009;

3      3.    On May 19, 2009, defendants filed a Notice of Appearance by Sean P. Nalty of Wilson Elser Moskowitz Edelman & Dicker LLP;

5      4.    Plaintiff has agreed to grant defendants an extension to answer or otherwise respond to the Complaint herein on or before May 26, 2009; and

7      5.    Plaintiff has further stipulated to the withdrawal of plaintiff's Motion For Entry of Default.

Date: May 19, 2009      WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Sean P. Nalty
SEAN P. NALTY
Attorney for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA
AND LONG TERM DISABILITY PLAN FOR EPLOYEES OF EXCITE, INC.

Date: May 19, 2009      LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

By: /s/
TERESA RENAKER
Attorneys for Plaintiff
JOHN DOE

**ORDER**

IT IS SO ORDERED.

Date: 5/22/2009      By: _____
THE HONORABLE WAYNE D. BRAZIL
United States Magistrate Judge

IT IS SO ORDERED
Judge Wayne D. Brazil

STIPULATION TO EXTEND TIME TO ANSWER PLAINTIFF'S COMPLAINT AND WITHDRAWAL OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT; [PROPOSED] ORDER

USDC NDCA Case #CV09-01665 WDB
443195.1