1  SEAN P. NALTY (SBN 121253)
   SHEENA V. JAIN (SBN 251912)
2  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105
4  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
5
   Attorneys for Defendants
6  LIFE INSURANCE COMPANY OF NORTH AMERICA
   and LONG TERM DISABILITY PLAN FOR EMPLOYEES
7  OF EXCITE, INC.,

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   JOHN DOE,                              )  Case No.: C09-01665 WDB
12                                        )  ORDER ON
               Plaintiff,                 )  **STIPULATION OF THE PARTIES TO**
13                                        )  **CONTINUE THE HEARING ON**
          v.                              )  **PLAINTIFF'S MOTION FOR**
14                                        )  **JUDGMENT ON THE PLEADINGS AND**
   LIFE INSURANCE COMPANY OF NORTH        )  **THE INITIAL CASE MANAGEMENT**
15 AMERICA and LONG TERM DISABILITY       )  **CONFERENCE HEARING;**
   PLAN FOR EMPLOYEES OF EXCITE, INC.,    )  [PROPOSED ORDER]
16                                        )
               Defendants.                )  Location: Oakland
17                                        )  Magistrate Judge Wayne D. Brazil

18
          Plaintiff and defendants Life Insurance Company of North America and Long Term
19
   Disability Plan for Employees of Excite, Inc. (hereinafter referred to as "defendants) hereby
20
   stipulate to continue the hearing on Plaintiff's Motion for Judgment on the Pleadings currently
21
   set for July 8, 2009 at 2:15 p.m. in Courtroom 4 to July 29, 2009 at 2:00 p.m. in Courtroom 4.
22
          Further, the parties stipulate to continue the initial Case Management Conference to July
23
   29, 2009 at 2:00 p.m.
24
          IT IS SO STIPULATED.
25

26

27
                                              1
28 USDC NDCA Case #CV09-01665 WDB
   448243.1

| | | |
|---|---|---|
| 1 | Date: June 8, 2009 | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| 2 | | |
| 3 | | By: /s/ Sheena Jain |
| 4 | | SEAN P. NALTY<br>Attorneys for Defendant |
| 5 | | LIFE INSURANCE COMPANY OF NORTH AMERICA<br>And LONG TERM DISABILITY PLAN FOR EPLOYEES |
| 6 | | OF EXCITE, INC. |
| 7 | | |
| 8 | Date: June 8, 2009 | LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. |
| 9 | | |
| 10 | | |
| 11 | | By: /s/ Teresa Renaker<br>TERESA RENAKER |
| 12 | | Attorneys for Plaintiff<br>JOHN DOE |

**ORDER**

**IT IS SO ORDERED.**

Date: 6/9/2009    By: _____
THE H... ...AZIL
United...
Judge Wayne D. Brazil

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Wayne D. Brazil / Judge Wayne D. Brazil]*

2

USDC NDCA Case #CV09-01665 WDB
448243.1