1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES  DISTRICT COURT

## Northern District of California

### Oakland Division

JOHN DOE,

          Plaintiff(s),

    v.

LIFE INSURANCE COMPANY OF NORTH
AMERICA, ET AL.,

          Defendant(s).

_____/

No. C 09-01665 LB

**ORDER VACATING STATUS
CONFERENCE**

      On January 21, 2010, the parties filed a Joint Status Conference Statement.  (Dkt. #46)
According to the parties, Plaintiff intends to file a Motion for Summary Judgment no later than
February 12, 2010.  Accordingly, the Court hereby **VACATES** the Status Conference set for
January 28, 2010.  If Plaintiff does not elect to file a Motion for Summary Judgment by February 12,
2010, the parties shall file a joint statement requesting the Court to set a Case Management
Conference.

      **IT IS SO ORDERED.**

Dated: January 26, 2010

                                 _____
                                 LAUREL BEELER
                                 United States Magistrate Judge