| | |
|---|---|
| 1 | SEAN P. NALTY (SBN 121253) |
| | sean.nalty@wilsonelser.com |
| 2 | SHILPA G. DOSHI (SBN 253024) |
| | shilpa.doshi@wilsonelser.com |
| 3 | WILSON, ELSER, MOSKOWITZ, |
| |    EDELMAN & DICKER LLP |
| 4 | 525 Market Street, 17th Floor |
| | San Francisco, CA 94105 |
| 5 | Tel: (415) 433-0990 |
| | Fax: (415) 434-1370 |
| 6 | |
| 7 | Attorneys for Defendants |
| | LIFE INSURANCE COMPANY OF NORTH AMERICA |
| | and LONG TERM DISABILITY PLAN FOR EMPLOYEES |
| 8 | OF EXCITE, INC. |

SEAN P. NALTY (SBN 121253)
sean.nalty@wilsonelser.com
SHILPA G. DOSHI (SBN 253024)
shilpa.doshi@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Tel: (415) 433-0990
Fax: (415) 434-1370

Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA
and LONG TERM DISABILITY PLAN FOR EMPLOYEES
OF EXCITE, INC.

TERESA S. RENAKER (SBN 187800)
trenaker@lewisfeinberg.com
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Ste. 1800
Oakland, CA 94612
Tel: (510) 839-6824
Fax: (510) 839-7839

Attorneys for Plaintiff
JOHN DOE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, | Case No.: CV09-01665 LB |
|       Plaintiff, | **STIPULATION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT AND [~~PROPOSED~~] ORDER** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA and LONG TERM DISABILITY PLAN FOR EMPLOYEES OF EXCITE, INC., | Location: Oakland<br>Judge: Hon. Laurel Beeler |
|       Defendants. | |

///

///

///

///

1
STIPULATION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT AND
[~~PROPOSED~~] ORDER
USDC NDCA Case #CV09-01665 LB
515044.1

SEAN P. NALTY (SBN 121253)
sean.nalty@wilsonelser.com
SHILPA G. DOSHI (SBN 253024)
shilpa.doshi@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Tel: (415) 433-0990
Fax: (415) 434-1370

Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA
and LONG TERM DISABILITY PLAN FOR EMPLOYEES
OF EXCITE, INC.

TERESA S. RENAKER (SBN 187800)
trenaker@lewisfeinberg.com
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Ste. 1800
Oakland, CA 94612
Tel: (510) 839-6824
Fax: (510) 839-7839

Attorneys for Plaintiff
JOHN DOE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, | Case No.: CV09-01665 LB |
|       Plaintiff, | **STIPULATION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT AND [~~PROPOSED~~] ORDER** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA and LONG TERM DISABILITY PLAN FOR EMPLOYEES OF EXCITE, INC., | Location: Oakland<br>Judge: Hon. Laurel Beeler |
|       Defendants. | |

///

///

///

///

WHEREAS, Plaintiff John Doe brought this action to recover long term disability benefits;

WHEREAS, Defendant Life Insurance Company of North America ("LINA") approved Plaintiff's claim for long term disability benefits after the filing of this action;

WHEREAS, the only remaining issue in this case is whether Plaintiff is entitled to a life insurance waiver of premium benefit, through a group life insurance policy issued by LINA to the National Employer Group Insurance Trust, with Plaintiff's former employer Excite Inc. as a participating subscriber, Policy No. SGM-500668 (the "Policy");

WHEREAS, the parties are attempting to informally resolve the issue of Plaintiff's entitlement to the waiver of premium benefit under the Policy;

WHEREAS, in the Joint Status Statement filed by the parties on January 21, 2010, Plaintiff indicated that he intended to file a motion for summary judgment on the waiver of premium issue no later than February 12, 2010;

WHEREAS, the parties would like an additional two weeks to try to informally resolve the waiver of premium issue;

WHEREAS, there have been no previous stipulations to extend the time to file the motion for summary judgment on the waiver of premium issue;

WHEREAS, the Court vacated all deadlines in this case on January 26, 2010;

WHEREAS, the Court's Order Vacating Status Conference, filed January 26, 2010, states that the parties shall file a joint statement requesting a case management conference if Plaintiff chose not to file a motion for summary judgment by February 12, 2010;

WHEREAS, the parties would like to continue the date by which to request a case management statement in order to try to informally resolve the waiver of premium issue;

NOW, THEREFORE, the parties stipulate as follows:

1. If the parties cannot informally resolve the waiver of premium issue within two weeks, Plaintiff will file a motion for summary judgment no later than February 26, 2010.

2. If Plaintiff elects not to file a motion for summary judgment by February 26, 2010, the parties will file a joint statement regarding the status of the case and a request for a case

2

STIPULATION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT AND [PROPOSED] ORDER

USDC NDCA Case #CV09-01665 LB
515044.1

management conference.

Date: February 12, 2010

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: */s/ Shilpa G. Doshi*
SEAN P. NALTY
SHILPA G. DOSHI
Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA
and LONG TERM DISABILITY PLAN FOR EMPLOYEES
OF EXCITE, INC.

Date: February 12, 2010

LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

By: */s/ Teresa S. Renaker*
TERESA S. RENAKER
Attorneys for Plaintiff
JOHN DOE

**IT IS SO ORDERED.**

Dated: February 16, 2010 _____/s/_____
LAUREL BEELER
United States Magistrate Judge