1  SEAN P. NALTY (SBN 121253)
   sean.nalty@wilsonelser.com
2  SHILPA G. DOSHI (SBN 253024)
   shilpa.doshi@wilsonelser.com WILSON, ELSER, MOSKOWITZ,
3      EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
4  San Francisco, CA 94105
   Telephone:    (415) 433-0990
5  Facsimile:    (415) 434-1370

6  Attorneys for Defendants
   LIFE INSURANCE COMPANY OF NORTH AMERICA
7  and LONG TERM DISABILITY PLAN FOR EMPLOYEES
   OF EXCITE, INC.,

               UNITED STATES DISTRICT COURT

               NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>       Plaintiff,<br><br>  v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA and LONG TERM DISABILITY PLAN FOR EMPLOYEES OF EXCITE, INC.,<br><br>       Defendants. | Case No.: C09-01665 LB<br><br>[Proposed] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE SET IN THIS MATTER<br><br>Location: Oakland<br>Judge: Laurel Beeler |

1

[Proposed] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE SET IN THIS MATTER
USDC NDCA Case #CV09-01665 LB
600132.1

1  In the Case Management Conference Statement submitted in this matter, Plaintiff Jane Doe
2  and Defendants Life Insurance Company of North America and the Long Term Disability Plan for
3  Employees of Excite, Inc stipulated to continue the November 4, 2010 Case Management
4  Conference in this matter for two weeks. Based on this stipulation, and Good Cause Appearing
5  therefore, the Court hereby continues the November 4, 2010 Case Management Conference in this
6  matter to  November 18                    , 2010, at 1:30 p.m.

7  **IT IS SO ORDERED.**

9  Dated:  October 28, 2010

   _____
   JUDGE LAUREL BEELER
   United States Magistrate Judge

---

2

[Proposed] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE SET IN THIS MATTER
USDC NDCA Case #CV09-01665 LB
600132.1