UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　　Plaintiff,<br>　v.<br>LIFE INSURANCE COMPANY OF NORTH AMERICA, *et al.*,<br><br>　　　　　　Defendants.<br>_____/ | No. C 09-01665 LB<br><br>**ORDER RE NOVEMBER 18, 2010 CASE MANAGEMENT CONFERENCE** |

This matter is set for a case management conference on November 18, 2010 at 1:30 p.m. To assist the Court in preparing for the conference, the parties shall file a joint status statement updating the Court on the progress of the plan administrator's review. The parties shall file the statement by 12:00 p.m. on November 17, 2010. Further, the Court re-sets the case management conference for **2:00 p.m.** and will allow counsel to appear by telephone. Plaintiff's counsel shall initiate a conference call with opposing counsel and call into (510) 637-3324 at the scheduled hearing time.

**IT IS SO ORDERED.**

Dated: November 12, 2010

_____
LAUREL BEELER
United States Magistrate Judge

C 09-01665 (Order re November 18, 2010 Case Management Conference)