UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, ET AL.,<br><br>　　　　　　Defendants.<br>_____/ | No. C 09-01665 LB<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

This matter is set for a case management conference on November 18, 2010. The parties have filed a joint case management conference statement indicating that Defendant LINA has made a decision regarding Plaintiff's waiver of premium benefit claim and will be sending a letter to Plaintiff explaining the basis for its decision within the next 10 days. As a result, the parties request that the Court continue the case management conference for two weeks to allow Plaintiff time to review the letter and assess how he intends to proceed in this lawsuit. The Court has considered the parties' request and **HEREBY RE-SETS** the case management conference for December 9, 2010, at 1:30 p.m. The parties shall file a joint case management statement by December 2, 2010, detailing their respective positions on how this matter should proceed in light of LINA's determination.

**IT IS SO ORDERED.**

Dated: November 17, 2010

_____
LAUREL BEELER
United States Magistrate Judge

C 09-01665 (Order Continuing CMC)