1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>  Plaintiff,<br><br>  vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA and LONG TERM DISABILITY PLAN FOR EMPLOYEES OF EXCITE, INC.,<br><br>  Defendants. | Case No. 4:09-cv-01665-LB<br><br>**[PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE AND COMPELLING DELIVERY OF DEFENDANT'S LETTER REGARDING ITS BENEFITS DECISION** |

1       This matter is set for a case management conference on December 9, 2010. Plaintiff has
2  stated that he has not received the letter from Defendant LINA containing its decision regarding
3  Plaintiff's waiver of premium benefit claim despite promising it to Plaintiff within 10 days of
4  November 17, 2010.  As a result, Plaintiff requests that the Court orders Defendant to deliver to
5  Plaintiff a determination on his claim no later than Monday, December 6, 2010 and continue the
6  case management conference for one week to allow Plaintiff time to review the letter and assess
7  how he intends to proceed in this lawsuit.  The Court has considered Plaintiff's request and
8  HEREBY RE-SETS the case management conference for December 16, 2010, at 1:30 p.m.  The
9  parties shall file a joint case management statement by December 9, 2010, detailing their
10 respective positions on how this matter should proceed in light of LINA's determination.
11      IT IS SO ORDERED.
12 Dated:  12/3/10

_____
LAUREL BEELER
United States Magistrate Judge

[GRANTED — /s/ LB — Judge Laurel Beeler]

[PROPOSED] ORDER CONTINUING CMC
[CASE NO. 4:09-cv-01665-LB]